UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBERT OMLER,<br>    Plaintiff,<br>    v.<br>BUTTE COUNTY JAIL,<br>    Defendant. | Case No. 20-cv-02206-JCS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff's 42 U.S.C. § 1983 claims arise from events that occurred at the Butte County Jail, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** April 2, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ROBERT OMLER,

    Plaintiff,

v.

BUTTE COUNTY JAIL,

    Defendant.

Case No. 20-cv-02206-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Robert Omler ID: BL6403
DVI
23500 Kassan Road
Tracy, CA 95304

Dated: April 2, 2020

Susan Y. Soong
Clerk, United States District Court

By: /s/ Karen L. Hom

Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO